*Thursday, March 1, 2001*

## MOTION DOCKET

**00–1771.   State v. Hooks.**
Montgomery App. No. 9275. This cause is pending before the court as a death penalty Murnahan appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to supplement the record with merit brief (brief attached to motion).

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted. The Clerk is hereby ordered to incorporate a copy of the brief into the record in this case.

*Friday, March 2, 2001*

## MOTION DOCKET

**99–1420.   State ex rel. Myers v. Brown.**
In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of the motion to quash subpoena for attendance of witness and for production of documentary evidence,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

**00–2175.   State v. Lordi.**
Mahoning App. Nos. 99CA247 and 99CA62. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to continue bond,

IT IS ORDERED by the court that the motion to continue bond be, and hereby is, granted.
Cook, J., dissents.